# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| HANNAH RUTH LEVY, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:20-cv-00147-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 4, 2020 Order.

November 4, 2020

Frank G. Johns, Clerk
United States District Court